IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| BANK OF NORTH CAROLINA, )<br>formerly doing business as )<br>Beach First National Bank, )<br>　　　　　　　　　　　　　　　　　　)<br>　　　　　　Plaintiff, )<br>　　　　　　　　　　　　　　　　　　)<br>vs. )<br>　　　　　　　　　　　　　　　　　　)<br>MOTOR YACHT "SEA HUNT" )<br>(Official Number 939115), her engines, )<br>bowspirit, anchor, cables, chains, rigging, )<br>tackle, apparel, furniture, and all accessories )<br>hereunto appertaining and belonging )<br>to her, in rem, )<br>　　　　　　　　　　　　　　　　　　)<br>　　　　　　Defendant. )<br>　　　　　　　　　　　　　　　　　　) | Civil Action No. 4:12-cv-0893-TLW |

## ORDER

This is an Admiralty action which involves the foreclosure of a preferred ship mortgage granted to Plaintiff on the motor yacht "SEA HUNT," Official Number 939115 ("the Vessel").

The matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by Magistrate Judge Thomas E. Rogers, III, to whom this case had previously been assigned pursuant to the provisions of 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2)(d) (D.S.C.). (Doc. #23). In the Report, the Magistrate Judge recommends that Plaintiff's Motion for Default Judgment (Doc. #21) be denied, that judgment be entered for Plaintiff against the proceeds of the sale, and that the above-captioned action be dismissed. (See Doc. #23). Plaintiff has filed no objections to the Report. The deadline to file objections expired on February 24, 2014. (See Doc. #23).

2

This Court is charged with conducting a <u>de novo</u> review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that Report. 28 U.S.C. § 636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. <u>See</u> <u>Camby v. Davis</u>, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report and Recommendation and all other relevant filings and documents. For the reasons articulated by the Magistrate Judge, **IT IS HEREBY ORDERED** that the Magistrate Judge's Report and Recommendation is **ACCEPTED**. (Doc. #23). Accordingly, the Plaintiff's Motion for Default Judgment (Doc. #21) is **DENIED.** The Clerk is directed to enter Judgment for the Plaintiff against the proceeds of the sale in this matter. The above-captioned action is hereby **DISMISSED** in its entirety and this case closed.

**IT IS SO ORDERED.**

<u>s/ Terry L. Wooten</u><br>
TERRY L. WOOTEN<br>
Chief United States District Judge

March 5, 2014
Columbia, South Carolina